# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Carol Miller | **FILED: JULY 31, 2008** |
| vs. | **08CV4342** |
| American Canadian Caribbean Line, Inc. and | **JUDGE ANDERSEN** |
| The Grand Mariner | **MAGISTRATE JUDGE COX** |
| | **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carol Miller

| NAME (Type or print) |
|---|
| I. Peter Polansky |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ I. Peter Polansky |

| FIRM |
|---|
| Polansky, Cichon & Batey, Chtd. |

| STREET ADDRESS |
|---|
| Two Prudential Plaza, 180 N. Stetson Avenue, Suite 5250 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2224100 | (312) 346-9241 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |