U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 1:08-CV-4342
Carol Miller
vs.
American Canadian Caribbean Line, Inc. and
The Grand Mariner

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carol Miller

| NAME (Type or print) |
| --- |
| John T. Cichon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ John T. Cichon |
| FIRM |
| Polansky, Cichon & Batey, Chtd. |
| STREET ADDRESS |
| Two Prudential Plaza, 180 N. Stetson Avenue, Suite 5250 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6205988 | (312) 346-9241 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John O'Donnell/Steven Belgrade/Allison Eastland
Belgrade & O'Donnell PC
20 North Wacker, Suite 1900
Chicago, IL  60606

/s/    Elizabeth A. Moore