AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Carol Miller

V.

American Canadian Caribbean Line, Inc. and
The Grand Mariner

CASE NUMBER: **08CV4342**

ASSIGNED JUDGE: **JUDGE ANDERSEN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

The Grand Mariner
c/o Registered Agent: Pasco Gasbarro, Jr.
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Polansky, Cichon & Batey, Chtd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 5250
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE. When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                        DATE

**Michael W. Dobbins, Clerk**

*Anya Ellis*
-------------------------------
(By) DEPUTY CLERK

**July 31, 2008**
-------------------------------
Date

Sch $100.00

8-1-08 32479

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/4/08 |
| NAME OF SERVER (PRINT) Carmine Valelli | TITLE | Sargeant |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): __Hinckley Allen + Snyder__
  __Ars Jasmin Morrow office Manager__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/4/08__  _____C. Valelli_____
           Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.