## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CAROL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 CV 4342 |
| | ) | |
| AMERICAN CANADIAN CARIBBEAN | ) | Judge Andersen |
| LINE, INC. and *The Grande Mariner,* | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

To:    I. Peter Polansky
       **Polansky, Cichon & Batey, Chtd.**
       Two Prudential Plaza
       180 N. Stetson Ave., Suite 5250
       Chicago, Illinois 60601


Allison S. Eastland, one of the attorneys for Defendants, AMERICAN CANADIAN

CARIBBEAN LINE, INC. and M/V GRANDE MARINER, certifies that the within

DEFENDANT'S INTERROGATORIES and REQUEST TO PRODUCE TO PLAINTIFF, were

served upon the above-listed counsel via U.S. Mail on this 21st day of August, 2008

                                        **AMERICAN CANADIAN**
                                        **CARIBBEAN LINES, INC.**
                                        **M/V GRANDE MARINER**

                                        **By**: /s/: Allison S. Eastland
                                               One of their Attorneys

Steven B. Belgrade
Allison S. Eastland
**Belgrade and O'Donnell, P.C.**
20 N. Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700